1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH A. FARHAT,

    Petitioner,

v.

PEOPLE OF THE STATE OF CA, et al.,

    Respondents.

Case No. 18-06055 BLF (PR)

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 22, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.18\06055Farhat_judgment